UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIA K. CHETTA et al | CIVIL ACTION |
| versus | NO. 06-4662 |
| STATE FARM AND CASUALTY COMPANY et al | SECTION: E/1 |

### ORDER and REASONS

Defendant ("State Farm") filed a motion to strike plaintiffs' class allegations pursuant to Fed. R. Civ. P. 23(d)(4). R.d. #31. Plaintiffs oppose the motion. The motion was considered on the briefs, and the court is now prepared to rule.

### BACKGROUND and ANALYSIS

This purported class action seeks to recover additional monies under the insurance policies issued by State Farm due to the alleged fact that the initial loss payments made by State Farm included below market pricing on numerous items and non-payment of industry standard items resulting in inadequate compensation to plaintiffs. *See* ORDER, r.d. #13, by Magistrate Judge Shushan granting defendants' Motion for a More Definite Statement. The complaint is identical, with the exception of the named parties, to the complaint in Aquilar et al v. Allstate Fire and Caualty Insurance Company et al, C.A. No. 06-4660, pending before Judge Feldman, and filed in the Eastern District of Louisiana on the same date as the captioned matter was filed, by

the same counsel.

In <u>Aguilar</u>, as here, plaintiffs filed a motion for class certification, r.d. #31, again identical to plaintiffs' motion for class certification in the captioned case, r.d. #16. The description of the proposed class in each case is identical. As in the case at bar, the defendant in <u>Aguilar</u> moved to strike plaintiffs' class allegations pursuant to Fed. R. Civ. P. 23(d)(4), arguing that the proposed class cannot meet the requirement of Rule 23(b)(3), "that the questions of law or fact common to the members of the class predominate over any questions affecting only individual members." On March 6, 2007, at record document #44, Judge Feldman granted defendant Allstate's motion to strike the class allegations. <u>Aguilar v. Allstate</u>, 2007 WL 734809 (E.D.La. March 6, 2007). This Court finds Judge Feldman's analysis of the law as applied to the facts of <u>Aguilar</u> to be persuasive and applicable to the case at bar. *See* <u>Id.</u>, *2-3.

Accordingly,

**IT IS ORDERED** that State Farm's Motion to Strike Class Allegations is **GRANTED;** and,

**IT IS FURTHER ORDERED** that plaintiffs' Motion to Certify Class, r.d. #16, set for hearing on June 20, 2007, is **DISMISSED.**

New Orleans, Louisiana, April 25, 2007.

_____
**MARCEL LIVAUDAIS, JR.**
Senior United States District Judge